

Joseph L. McGlynn
*Direct:* 215.310.4731
*Cell:* 267.455.5119
jmcglynn@delucalevine.com

July 13, 2018

The Honorable Joseph F. Leeson
USDC for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

    Re:    James Crosson v. Gree Electric Appliances, Inc. of Zhuhai, et al
           Civil Docket No.: 5:17-cv-03127 JFL

Dear Judge Leeson:

    I am counsel for Plaintiff, Allstate, in the referenced matter. I write to respectfully inform the Court that the parties have reached a settlement agreement in principle.

    The proposed release has been executed. We await delivery of the settlement proceeds. Upon receipt, the parties will immediately file a stipulation to dismiss the action.

    Meanwhile, the Court's attention to and awareness of the foregoing are appreciated, as are Your Honor's courtesy and cooperation during the pendency of this case.

                                            Very truly yours,

                                            de LUCA LEVINE LLC

                                            **JOSEPH L. MCGLYNN**

JLM/cs

Cc: Gregory Mallon